JTM/USAO#2009R00049

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. WMN-09-0602 |
| v. | : (Possession of Child Pornography, 18 U.S.C. |
| | : §§ 2252(a)(4)(B) and (b)(2)) |
| PAUL PINKSTON | : |
| Defendant | : |

...oooOooo...

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about May 4, 2009, in the District of Maryland, the defendant,

**PAUL PINKSTON,**

did knowingly possess and knowingly access with intent to view one or more matters which contained any visual depiction that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and such visual depiction being of such conduct, that is, the defendant did possess a Dell Dimension 3000 computer, s/n G1CDQ81, with accompanying Maxtor hard disk drive, that contained visual depictions of minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)

11-17-09
_____
DATE

_Rod J. Rosenstein_
_____
Rod J. Rosenstein
United States Attorney